FILED
APR 24 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARGYLE BROWN SOLOMON, )
)
Plaintiff, )
)
v. ) Civil Action No.: 1:18-cv-00778-UNA
)
LAURA H.G. O'SULLIVAN, et al. )
)
Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the application and dismiss the complaint for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" it determines that subject matter jurisdiction is wanting).

Plaintiff is a resident of Oxon Hill, Maryland, who is filing to appeal an opinion issued by a judge in the Circuit Court for Prince George's County, Maryland. [*See* Compl. at 1-2]. This federal district court lacks jurisdiction to review the decisions of a state court. The United States Supreme Court has held that federal district courts lack jurisdiction over challenges to state court decisions *D.C. Ct. of App. v. Feldman*, 460 U.S. 462, 486 (1983). Rather, the proper method of challenging rulings or actions by the state court is by appeal within the state system. *See id.* at 486.

Additionally, a challenge to a state court action must proceed through *that state's* system of appellate review rather than through any federal district court. *See Prentice v. U.S. Dist. Court for E. Dist. of Michigan, S. Div.*, 307 Fed. App'x 460 (D.C. Cir. 2008) (per curiam)(emphasis

added). As a result, this case will be dismissed. A separate order accompanies this Memorandum Opinion.

Date: 4/24/10

_____
United States District Judge